# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| William Roosevelt Hill CloudPlaintiff Name, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00775-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, et al, Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2012 Order.

December 28, 2012

*[signature: Frank S. Johns]*